## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| DEJON PARIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 3:26-cv-01553 |
| | § | |
| TRANS UNION LLC, SPRING OAKS | § | |
| CAPITAL LLC, ARCON CREDIT | § | |
| SOLUTIONS, and RADIUS GLOBAL | § | |
| SOLUTIONS LLC, | § | |
| | § | |
| Defendants. | § | |

### NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, defendant, Radius Global Solutions LLC ("RGS"), hereby removes the above captioned civil action from the County Court at Law No. 3 of Dallas County, Texas to the United States District Court for the Northern District of Texas. The removal of this civil action is proper because:

1.      RGS is a defendant in a civil action filed by plaintiff, DeJon Paris ("plaintiff"), in the County Court at Law No. 3 of Dallas County, Texas, captioned as *DeJon Paris v. Trans Union LLC, Spring Oaks Capital LLC, Arcon Credit Solutions, and Radius Global Solutions,* Case No. 26-03003-C (hereinafter the "State Court Action").

2.      Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, RGS removes the State Court Action to this Honorable Court, which is the federal judicial district in which the State Court Action is pending.

3.      The Petition in the State Court Action asserts claims under the federal Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692, *et seq*., the federal Fair Credit

1

Reporting Act (FCRA), 15 U.S.C. § 1681, *et seq.*, and Texas state law. A true and correct copy of Plaintiff's Original Petition and the complete State Court record is attached hereto as **Exhibit A.**

4.     Removal of the State Court Action is proper under 28 U.S.C. § 1441. If the action had originally been brought in this Court, this Court would have original, federal question jurisdiction over plaintiff's FDCPA claims pursuant to 28 U.S.C. § 1331, as well as supplemental jurisdiction over the state law claims asserted pursuant to 28 U.S.C. § 1367, *et seq*.

5.     The County Court at Law No. 3 of Dallas County, Texas, is located within the Northern District of Texas. Therefore, venue for purposes of removal is proper because the United States District Court for the Northern District of Texas embraces the place in which the removed action was pending. *See* 28 U.S.C. § 1441(a).

6.     Pursuant to 28 U.S.C. § 1446(b), RGS has timely filed this Notice of Removal. RGS was served with the Citation and Original Petition on April 16, 2026. This Notice of Removal is being filed within 30 days from service of the Citation and Original Petition.

7.     As of the date of this filing, all named defendants have been served in the State Court Action and consent to removal of the State Court Action. Attached hereto as **Exhibit B** is Defendant Trans Union LLC's Notice of Consent to Removal, **Exhibit C** is Spring Oaks Capital LLC's Notice of Consent to Removal, and **Exhibit D** is Arcon Credit Solutions' Notice of Consent to Removal.

8.    A copy of this Notice of Removal is being served upon plaintiff and Defendants, and filed concurrently with the County Court at Law No. 3 of Dallas County, Texas.

WHEREFORE, Defendant, Radius Global Solutions LLC, hereby removes the State Court Action to this Honorable Court.

Respectfully Submitted,

*/s/ Whitney L. White*
Whitney L. White
Texas Bar No. 24075269
SESSIONS, ISRAEL & SHARTLE, LLC
5700 Granite Parkway, Suite 260
Plano, Texas 75024
Telephone: (214) 741-3001
Facsimile: (214) 741-3098
Email: wwhite@sessions.legal

*Attorney for Defendant,*
*Radius Global Solutions LLC*

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 13, 2026, a copy of the foregoing was electronically filed with the Clerk of the Court, United States District Court for the Northern District of Texas and served on all parties and counsel of record via CM/ECF. A copy has also been sent to the following:

> ***<u>Via E-mail</u>***
> DeJon Paris
> 1710 Keller Parkway 9602
> Keller, Texas 76248
> Telephone: (813) 605-9789
> Email: dejon.paris@gmail.com
> *Plaintiff, Pro Se*

*/s/ Whitney L. White*
Whitney L. White
