**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| DEJON PARIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 3:26-cv-01553-G |
| | § | |
| TRANS UNION LLC, SPRING OAKS | § | |
| CAPITAL LLC, ARCON CREDIT | § | |
| SOLUTIONS, and RADIUS GLOBAL | § | |
| SOLUTIONS LLC, | § | |
| | § | |
| Defendants. | § | |

**DEFENDANT ARCON CREDIT SOLUTION, LLC'S
CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2, Defendant Arcon Credit Solutions, LLC states as follows:

**1.** For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"): Arcon Credit Solutions, LLC is a privately held corporation. No publicly held company owns ten percent or more of Arcon Credit Solutions, LLC's stock.

**2.** A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

      a.      **Plaintiff Dejon Paris**

      b.      **Defendant Spring Oaks Capital LLC**

      c.      **Defendant Radius Global Solutions LLC**

      d.      **Defendant Arcon Credit Solutions, LLC**

e.   **Counsel for Defendant Arcon Credit Solutions, LLC**

Kimberly Dang
Bassford Remele, P.A.
100 South 5th Street, Suite 1500
Minneapolis, MN 55402-1254

Respectfully submitted,

**BASSFORD REMELE**
*A Professional Association*

By */s/ Kimberly Dang*
Kimberly Dang
Texas Bar No. 24116246
100 South 5th Street, Suite 1500
Minneapolis, MN 55402-1254
Telephone: (612) 333-3000
Facsimile: (612) 333-8829
kdang@bassford.com

*Attorneys for Defendant*
*Arcon Credit Solutions, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 20, 2026, a copy of the foregoing was electronically filed with

the Clerk of the Court, United States District Court for the Northern District of Texas and served

on all parties and counsel of record via CM/ECF. A copy has also been sent to the following:

Dejon Paris
Plaintiff Pro Se
1710 Keller Parkway 9602
Keller, Texas 76248
dejon.paris@gmail.com

*/s/ Kimberly Dang*
Kimberly Dang