IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DEJON PARIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:26-cv-1553-G-BN |
| | § | |
| TRANS UNION LLC, SPRING OAKS | § | |
| CAPITAL LLC, ARCON CREDIT | § | |
| SOLUTIONS LLC, and RADIUS | § | |
| GLOBAL SOLTUIONS LLC, | § | |
| | § | |
| Defendants. | § | |

## **ORDER REQUIRING DISMISSAL PAPERS BASED ON SETTLEMENT**

On May 20, 2026, Defendant Trans Union LLC reported that it has reached a settlement with Plaintiff Dejon Paris. *See* Dkt. No. 6.

And, so, Trans Union and Paris are directed to file the appropriate dismissal papers – a stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) or an agreed motion with a corresponding proposed order – by **Monday, July 20, 2026**.

If the parties do not or are unable to file appropriate papers by July 20, 2026, or if further proceedings become necessary or desirable, the parties should immediately file a joint status report with the Court.

The Court now stays any unexpired deadlines pertaining to Trans Union set by any order of the Court or Local Civil Rule until further order of the Court.

SO ORDERED.

DATED: June 3, 2026

_____

DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE