**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| DEJON PARIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 3:26-cv-01553-G-BN |
| | § | |
| TRANS UNION LLC, SPRING OAKS | § | |
| CAPITAL LLC, ARCON CREDIT | § | |
| SOLUTIONS, and RADIUS GLOBAL | § | |
| SOLUTIONS LLC, | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING DEFENDANT ARCON CREDIT SOLUTIONS, LLC'S**
**UNOPPOSED MOTION FOR LEAVE TO FILE**
**FIRST AMENDED ANSWER AND COUNTERCLAIM**

On this day, the Court considered Defendant Arcon Credit Solutions, LLC's ("Defendant") Unopposed Motion for Leave to File First Amended Answer and Counterclaim. *See* Dkt. No. 20. After considering this Motion, the Court is of the opinion that the Motion [Dkt. No. 20] should be, and is hereby, **GRANTED**.

It is therefore **ORDERED** that Defendant is granted leave to file its First Amended Answer and Counterclaim.

It is further **ORDERED** that Defendant's First Amended Answer and Counterclaim is deemed filed as of the date of this Order. The Clerk is directed to detach and file the First Amended Answer and Counterclaim (currently attached as Exhibit A to the Motion) [Dkt. No. 20-1] as a separate, standalone entry on the Court's docket.

SIGNED ___June 3, 2026___, 2026.

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE