**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **DEJON PARIS,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **Case No. 3:26-cv-01553-G** |
| **v.** | § | |
| | § | |
| **TRANS UNION LLC, SPRING OAKS** | § | |
| **CAPITAL LLC, ARCON CREDIT** | § | |
| **SOLUTIONS, and RADIUS GLOBAL** | § | |
| **SOLUTIONS LLC,** | § | |
| | § | |
| **Defendants.** | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE COURT

COMES NOW Plaintiff, DeJon Paris, together with Defendant Spring Oaks Capital, LLC ("Spring Oaks") (collectively, the "Parties") and file this Joint Stipulation of Dismissal with Prejudice, and respectfully show to the Court as follows:

All matters previously in controversy between DeJon Paris and Spring Oaks have been settled in full. Accordingly, the Parties exercise their right to dismiss all claims asserted by and between them in this lawsuit with prejudice.

The Parties respectfully request the Court dismiss Plaintiff's claims against Defendant Spring Oaks Capital, LLC with prejudice. This dismissal applies only to Defendant Spring Oaks Capital, LLC, and does not affect Plaintiff's ongoing claims against any other Defendants in this action. Each party shall bear its own costs and attorney's fees. This Joint Stipulation of Dismissal is entered into and signed by Plaintiff DeJon Paris and Defendant Spring Oaks Capital, LLC.

Respectfully submitted by,


*/s/ DeJon Paris*
DeJon Paris, *pro se*
1710 Keller Parkway, Unit 9602
Keller, TX 76248
Phone: 813-605-9789
dejon.paris@gmail.com
*Plaintiff*


–and–


*/s/ David Sander*
David Sander (TX Bar No.: 00788348)
Sander Law Offices, PLLC
9442 N. Capital of Texas Hwy.
Plaza 1, Suite 500
Austin, TX 78759
Phone: (512) 648-2284
Fax: (512) 648-2298
david@sanderlawoffices.com
*Counsel for Defendant Spring Oaks Capital, LLC*


**CERTIFICATE OF SERVICE**

I, David Sander, an attorney, certify that I shall cause to be served a copy of this Joint Stipulation of Dismissal upon the below listed individual(s), by deposit in the U.S. Mail, postage prepaid, email and electronically via the Case Management/Electronic Case Filing System ("ECF"), on June 24, 2026.

*/s/ David Sander*
David Sander