## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

DEJON PARIS,                                         §
                                                    §
    Plaintiff,                    §
                                                    §
v.                                                  §        Case No. 3:26-cv-01553-G-BN
                                                    §
TRANS UNION LLC, SPRING OAKS                        §
CAPITAL LLC, ARCON CREDIT                           §
SOLUTIONS, and RADIUS GLOBAL                        §
SOLUTIONS LLC,                                      §
                                                    §
    Defendants.                   §

## DEFENDANT ARCON CREDIT SOLUTIONS, LLC'S
## NOTICE OF DISMISSAL OF COUNTERCLAIM

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i) and 41(c)(1), Defendant Arcon Credit Solutions, LLC ("Arcon") hereby gives notice that it voluntarily dismisses, without prejudice, the Counterclaim filed against Plaintiff DeJon Paris on June 3, 2026, docketed as ECF No. 23.

In support of this Notice, Arcon states that Plaintiff has not served a responsive pleading to the Counterclaim, nor has Plaintiff filed a motion for summary judgment. Plaintiff's pending Motion to Dismiss [ECF No. 25] does not constitute a responsive pleading under Federal Rule of Civil Procedure 7(a).

Accordingly, this dismissal is effective immediately upon filing without the necessity of a court order, and the Counterclaim is dismissed without prejudice.

*[signature on following page]*

Respectfully submitted,

**BASSFORD REMELE**
*A Professional Association*

Dated: July 6, 2026

By */s/ Kimberly Dang*
Kimberly Dang
Texas Bar No. 24116246
100 South 5th Street, Suite 1500
Minneapolis, MN 55402-1254
Telephone: (612) 333-3000
Facsimile: (612) 333-8829
kdang@bassford.com

*Attorneys for Defendant Arcon Credit Solutions, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing document to be filed electronically with the Clerk of Court utilizing the CM/ECF system. I further certify that the CM/ECF system will send notification of such filing to any counsel of record who are registered CM/ECF participants. I further certify that on July 6, 2026, I caused a true and correct copy of the foregoing document to be served upon the following non-CM/ECF participant via electronic mail:

Dejon Paris
Plaintiff Pro Se
1710 Keller Parkway 9602
Keller, Texas 76248
dejon.paris@gmail.com

*/s/ Kimberly Dang*
Kimberly Dang

2